**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: :
                                        :      CHAPTER 13

SHALON EMPTAGE, :
                                          :      CASE NO. 1:26-bk-00852-HWV

            Debtors.        :

## <u>ORDER</u>

Upon consideration of the Motion for an Extension of Time in which to file Schedules, Statements, and Other Documents Required by Federal Rule of Bankruptcy Procedure 1007(b) filed by the Debtor, Doc. 9, it is

**ORDERED** that the time within which Debtor is required to file all outstanding documents is extended through May 15, 2026.

By the Court,

_Henry W. Van Eck_
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 21, 2026