IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | | |
|---|---|---|
| IN RE:<br>SHALON EMPTAGE<br>**Debtor(s)** | ) | Case No.: 1:26-00852 (HWV) |
| SANTANDER BANK, N.A., AS SERVICER FOR SANTANDER CONSUMER USA INC.<br>**Movant** | ) | Chapter 13 |
| | ) | Docket No. |
| v. | ) | 11 U.S.C. 362 |
| SHALON EMPTAGE<br>**Respondent(s)** | ) | |
| JACK N. ZAHAROPOULOS<br>**Trustee** | ) | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 FILED ON BEHALF OF SANTANDER BANK, N.A., AS SERVICER FOR SANTANDER CONSUMER USA INC.**

1. A Chapter 13 petition was filed on March 31, 2026.

2. Relief from the automatic stay is requested with respect to personal property described as a 2021 Infiniti QX50 bearing vehicle identification number 3PCAJ5AB9MF113337.

3. On September 17, 2024, the Debtor entered into a retail installment sales contract for the purchase of a 2021 Infiniti QX50 more particularly described in the previous paragraph. The contract was assigned to Santander Consumer USA Inc. and the Debtor became indebted to Santander in accordance with the terms of same. To secure payment of the contract, the Debtor caused the title to the vehicle to be delivered to Santander. As a result, Santander Consumer USA Inc. is the holder of a first purchase money security interest encumbering the vehicle. True copies of the contract and title inquiry to the vehicle are annexed hereto as **Exhibits A and B.** Santander Bank, N.A. acts as servicer for Santander Consumer USA Inc.

4. The Debtor's account is past due from February 28, 2026 through August 28, 2026 with arrears in the amount of $5,263.64.

5. As of September 14, 2026, the Debtor's account with Santander had a net loan balance of $29,983.75.

6. According to the September 2026 NADA Official Used Car Guide, the vehicle has a current retail value of $18,225.00.

7. Santander Bank, N.A., as servicer for Santander Consumer USA Inc. requests relief from the automatic stay for the following reasons:

   A. The Debtor is failing to make payments under the terms of the retail installment sales contract and is failing to provide Santander with adequate protection.
   B. Santander has been unable to verify that the vehicle is insured; if the Debtor contests this Motion, he must provide Santander with proof of valid, current insurance on the vehicle by the date of the hearing.

**WHEREFORE**, Movant prays that the Court grant the relief requested and issue the attached proposed Order.

Date: 9/24/26

/s/ William E. Craig
**By: William E. Craig**
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney I.D. 92329, Pennsylvania