UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>SHALON EMPTAGE<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>SHALON EMPTAGE<br>Respondent | CHAPTER 13<br><br>CASE NO. 1:26-BK-00852-HWV |

**TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN**

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtor's plan for the following reason(s):

1. Debtor's Plan violates 11 U.S.C. § 1322(a)(1) and § 1325(b) in that Debtor has not submitted all or such portion of the disposable income to Trustee as required. More specifically, Trustee alleges, and therefore avers, that Debtor's disposable income is greater than that of which is committed to the Plan based upon the Means Test calculation and specifically disputes the following amounts: Line 15 - the Debtor indicated that she lived in York at the time of her Meeting of creditors and that she worked in Philadelphia, but that she was attempting to move to Philadelphia. Line 17 should be $556. Line 46 should provide for an adjustment of the Debtor's actual monthly income, which is $1,356/month higher than her CMI.

2. Failure to properly state the minimum amount to be paid to unsecured creditors in Section 1.A.4. of the Plan, as required by the Means Test.

3. Trustee avers that Debtor's Plan is not feasible based upon the following: Secured claim(s) is not in the Plan (arrearage for Infinity vehicle).

4. Debtor has not demonstrated that all tax returns have been filed as required by § 1325(a)(9) (2022 federal).

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor's plan.
b. Dismiss or convert Debtor's case.
c. Provide such other relief as is equitable and just.

Dated: September 24, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

BRAD J SADEK
SADEK LAW OFFICES, LLC
1500 JFK BLVD, SUITE 220
PHILADELPHIA, PA 19102

Dated: September 24, 2026

/s/ Jack Zaharopoulos

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee